

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 4:18-cr-00001 |
| | ) | |
| v. | ) | |
| | ) | |
| COLIN P. PURCELL | ) | |

## ORDER

Upon motion of the Government, IT IS HEREBY ORDERED that Miguel Kurth be substituted as a restitution payee for original victim John A. Kurth in the captioned case.

IT IS FURTHER ORDERED that all restitution payments due to "John A. Kurth" be made payable to "Miguel Kurth" and mailed to the address currently on record for this victim.

IT IS SO ORDERED, this 31st day of December, 2020.

_____
HONORABLE LISA GODBEY WOOD, JUDGE
UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA